IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-11444
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FRANK JIMINEZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:88-CR-263-T
- - - - - - - - - -

August 25, 1999

Before KING, Chief Judge, and DAVIS and SMITH, Circuit Judges.

PER CURIAM:[*]

Frank Jiminez appeals from the revocation of his term of supervised release for violating two supervised-release conditions. Jiminez argues that his procedural due process rights were violated because the district court revoked his term of supervised release based solely on his counsel's statement that Jiminez intended to plead true to the allegations against him, rather than obtaining a personal admission of guilt from

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Jiminez.  Because Jiminez failed to object to this alleged error, we review this issue for plain error.  Fed. R. Crim. P. 52(b).

Jiminez has failed to show any error at all, let alone that the alleged error by the district court affected his substantial rights.  He cannot show plain error.  See United States v. Olano, 507 U.S. 725, 731-37 (1993).  Accordingly, the district court's judgment is AFFIRMED.